RICHMAR DEVELOPMENT CORPORATION *v.* PLANNING
AND ZONING COMMISSION OF THE TOWN OF
GREENWICH ET AL.

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Matthew J. Forstadt,* for the appellee (plaintiff).

*Allan R. Johnson,* for the movants Warren J. Dennison et al.

Argued May 1—decided May 1, 1973

CITY OF HARTFORD *v.* THE CONNECTICUT NATURAL GAS
CORPORATION ET AL.

The plaintiff's motion to strike or expunge an assignment of error for the reason that it is improperly filed in the appeal from the Court of Common Pleas in Hartford County is denied.

*Peter G. Boucher,* assistant corporation counsel, and *Alexander A. Goldfarb,* corporation counsel, in support of the motion.

Submitted April 8—decided May 1, 1973

STATE OF CONNECTICUT *v.* LESLIE PHILLIPS

The plaintiff's petition for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Edward F. Pasiecznik,* assistant attorney general, and *Robert K. Killian,* attorney general, in support of the petition.

*Boce W. Barlow, Jr.,* in opposition.

Submitted April 9—decided May 1, 1973